

FILED
JUN 21 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-CR-03427-TWR |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT EDUARDO ZAPIEN-CURIEL AND JUDGMENT THEREON** |
| EDUARDO ZAPIEN-CURIEL (1), | |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment in this case as to Defendant Eduardo ZAPIEN-Curiel under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

//
//
//
//

| | |
|---|---|
| 1 | WHEREFORE, IT IS HEREBY ORDERED that the Government's application to dismiss without prejudice the Indictment as to Defendant ZAPIEN-Curiel is GRANTED. |

DATED: 6/21/21

_____
HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE